Robert B. Jobe (Cal. State Bar #133089)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Ste. 200
San Francisco, CA 94108
Tel:   (415) 956-5513
Fax:   (415) 956-0850
Email: bob@jobelaw.com

Attorney for Plaintiff.

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRITPAL SINGH,<br><br>    Plaintiff,<br><br>    v.<br><br>EMILIO T. GONZALEZ, ET AL.,<br><br>    Defendants. | No.   08-CV-0068 LEW DAD<br><br>ORDER<br><br><br>DHS Alien Number: 77-431-906 |

IT IS HEREBY ORDERED that Plaintiff's motion for dismissal of the action without prejudice be granted.

DATED:  2/11/2008

/s/ Ronald S. W. Lew

RONALD S.W. LEW
SENIOR JUDGE
UNITED STATES DISTRICT COURT

[Proposed] Order